■ SCAN TUBE & STEEL SERVICES, LTD., Appellant-Respondent, v ALTX, INC., et al., Respondents-Appellants, and TUBACEX CANADA, INC., Respondent. [992 NYS2d 659]—Appeal and cross appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered April 18, 2013. The order granted in part and denied in part the motion of defendants for summary judgment.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on August 26, 2014,

It is hereby ordered that said appeal and cross appeal are unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Carni, Valentino and Whalen, JJ.

■ In the Matter of the Arbitration between DENIS J. SULLIVAN, Respondent, and JAMES R. MULDOON, Appellant, and GEORGE S. BLASIAK, Respondent. [992 NYS2d 659]—Appeal from an order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered March 15, 2013. The order granted the motion of petitioner to confirm an arbitration award and denied the cross motion of respondent James R. Muldoon to modify or vacate the arbitration award.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Carni, Valentino and Whalen, JJ.